NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLIR SYSTEMS, INC.,**
*Plaintiff-Appellee,*

v.

**THOMAS L. GAMBARO,
DOING BUSINESS AS PATENT ENFORCEMENT
COMPANY,**
*Defendant-Appellant,*

AND

**MOTIONLESS KEYBOARD COMPANY,**
*Defendant.*

---

2012-1100

---

Appeal from the United States District Court for the District of Oregon in case no. 10-CV-0231, Judge Anna J. Brown.

---

**ON MOTION**

---

**ORDER**

Thomas L. Gambaro submits various motions for relief, including, inter alia, "motion for opinion and order,"

"motion for reconsideration under RFE 401," and "motion for a new trial."*

Arguments concerning the merits of a case should be presented in the briefs and not by motion. Thus, Gambaro should make arguments concerning the merits of his appeal in his opening brief. Additionally, the court notes that its proceedings are governed by the Federal Rules of Appellate Procedure and the Federal Circuit Rules of Practice.

Accordingly,

IT IS ORDERED THAT:

The motions are denied without prejudice to Gambaro making arguments concerning the matters in his brief, if appropriate.

FOR THE COURT

FEB 15 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Susan D. Marmaduke, Esq.
    Thomas L. Gambaro

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 15 2012

JAN HORBALY
CLERK

---

\* To the extent that Gambaro requests that only Chief Judge Rader rule on his various motions, that request is denied. Motions are not directed to a particular judge but are acted on by the clerk of court or appropriate motions judge.